USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/20/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADEXIM INTERNATIONAL COMPANY
a/k/a TRADEXIM INTERNATIONAL CO.
CALIFORNIA,

          Plaintiff,

-against-

REPUBLIC OF CROATIA,

          Defendant.

21 Civ. 50 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter at ECF No. 24. Accordingly, discovery is STAYED pending resolution of Defendant's anticipated motion to dismiss. The pretrial conference scheduled for May 20, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge