USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/9/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADEXIM INTERNATIONAL COMPANY
a/k/a TRADEXIM INTERNATIONAL CO.
CALIFORNIA,

            Plaintiff,

-against-

REPUBLIC OF CROATIA,

            Defendant.

21 Civ. 50 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters at ECF Nos. 26–27. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **August 13, 2021**, Defendant shall file its motion to dismiss;
3. By **September 3, 2021**, Plaintiff shall file its opposition papers; and
4. By **September 17, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: July 9, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge