```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _11/22/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADEXIM INTERNATIONAL COMPANY
a/k/a TRADEXIM INTERNATIONAL CO.
CALIFORNIA,

          Plaintiff,

-against-

REPUBLIC OF CROATIA,

          Defendant.

21 Civ. 50 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant withdrew the motion to dismiss on September 24, 2021, ECF No. 38, as Plaintiff filed an amended complaint, ECF No. 37. Accordingly, the motion to dismiss the original complaint, ECF No. 29, is moot. The Clerk of Court is directed to terminate the motion at ECF No. 29.

    SO ORDERED.

Dated: November 22, 2021
       New York, New York

                                ANALISA TORRES
                               United States District Judge