**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRKO DESPOTOVICH, doing business as
TRADEXIM INTERNATIONAL CO.
CALIFORNIA,

                      Plaintiff,

      -against-                                       21 **CIVIL** 50 (AT)

                                                                   **JUDGMENT**

REPUBLIC OF CROATIA,

                      Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2022, Defendant's motion to dismiss is GRANTED, and the case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York

      August 18, 2022

                                                                   **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                       **BY:**    *K. Mango*

                                                                     **Deputy Clerk**